WILLIAM R. STRICKLAND, Respondent, *v.* FRANCIS P. MAGOUN, et al., Individually and as Surviving Partners of the Firm of MAGOUN BROTHERS & COMPANY, Defendants, and ANNIE D. QUIGLEY, as Executrix of JAMES M. QUIGLEY, Deceased, Appellant.

*Strickland* v. *Magoun,* 119 App. Div. 113, affirmed.
(Argued December 5, 1907; decided December 20, 1907.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered April 27, 1907, affirming a judgment in favor of plaintiff entered upon a decision of the court at a Trial Term without a jury in an action for conversion.

*Alfred S. Brown* for appellant.

*Romaine H. Crosby* for respondent.

Judgment affirmed, with costs, on opinion below.
Concur: CULLEN, Ch. J., O'BRIEN, EDWARD T. BARTLETT, HAIGHT, VANN, HISCOCK and CHASE, JJ.